```
               THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| BRIAN GREEN, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 07-2962 (JBS) |
| v. | |
| COUNTY OF GLOUCESTER, et al., | **ORDER** |
| Defendants. | |

This matter comes before the Court on its own motion. The Court finds as follows:

1. On August 4, 2008 this Court entered an Opinion and Order granting summary judgment on Counts One and Five of the Complaint insofar as those Counts asserted tort claims. The Court provided that because Plaintiff claimed that Counts One and Five also asserted non-tort claims but the Court was unable to discern what those claims might be, Plaintiff was permitted to amend Counts One and Five of the Complaint within fourteen days to specify any statutory or constitutional grounds for relief that Plaintiff intended to assert therein. Thus, Counts One and Five were dismissed without prejudice to that limited right to amend.

2. More than fourteen days have passed since the entry of that Order and Plaintiff has not sought to amend the Complaint as permitted. Therefore,

IT IS this **19th** day of **August, 2008,** hereby

ORDERED that Counts One and Five of the Complaint shall be, and hereby are, dismissed with prejudice.

    **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge